UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL DENTON,

            Plaintiff,

v.

TIM THRASHER, *et al.*,

           Defendants.

CASE NO. 3:20-cv-05968-TSZ-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, to which there were no objections, and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED**. Plaintiff's motion for TRO/preliminary injunction (Dkt. 11) is stricken from the docket with leave to re-file at an appropriate later date, as outlined in the report and recommendation. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 9th day of December, 2020.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge