UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL DENTON,

              Plaintiff,

     v.

TIM THRASHER, et al.,

              Defendants.

C20-5968-TSZ-JRC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     In light of the Court's Order Adopting the Report and Recommendation, docket no. 61, which GRANTED in part and DENIED in part Defendants' Motion to Dismiss and gave Plaintiff 30 days to file an amended complaint, the Court REFERS this matter back to Magistrate Judge Creatura for further proceedings.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1