UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

        Plaintiff,

v.

TIM THRASHER, *et al.*,

        Defendant.

CASE NO. 3:20-cv-05968-TSZ-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, docket no. 77, to which no objections were filed, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Court DENIES plaintiff's "motion to intervene," docket no. 63, construed as a motion for preliminary injunctive relief.

(3) The Court REFERS this matter back to Magistrate Judge J. Richard Creatura for any further proceedings.

Dated this 23rd day of September, 2021.

                                                      /s/ Thomas S. Zilly
                                                      Thomas S. Zilly
                                                      United States District Judge