UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

        Plaintiff,

v.

TIM THRASHER, et al.,

        Defendants.

CASE NO. 3:20-cv-05968-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 85. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's Motion for Voluntary Dismissal, Dkt. 83, is **GRANTED**;

(3)     Claims III and V, which have already been dismissed, remain **DISMISSED with prejudice**;

(4)     All other claims are **DISMISSED without prejudice**;

ORDER - 1

1     (5)     Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal; and

3     (6)     The Clerk shall enter JUDGMENT and close this case.

Dated this 28th day of January, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge